**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Leandro Martinez Angulo, )<br><br>Petitioner, )<br><br>v. )<br><br>Antone Moniz, et al, )<br><br>Respondent (s). ) | Civil Action No. 26-CV-10302-AK |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 19] entered on 4/10/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

**DISMISSED**.

Dated: 6/10/2026                                                              By the Court,

/s/ Courtney Horvath
Deputy Clerk